# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

ISSAC S. KNOTT,                 )

     *Plaintiff*,              )      Case No. 1:24-cv-227

v.                          )      Judge Atchley

                             )      Magistrate Judge Steger

SHANE GEORGE, *et al.*,       )

     *Defendants*.            )

## ORDER

On June 29, 2026, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation [Doc. 10] pursuant to 28 U.S.C. § 636 and the Rules of this Court. The Magistrate Judge recommends that all of Plaintiff's claims be permitted to proceed past the required screening under 28 U.S.C. § 1915(e)(2). No party has filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Steger's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Steger's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 10]. Plaintiff's claims shall proceed past the Section 1915(e)(2) screening. The Clerk is respectfully **DIRECTED** to (i) review Plaintiffs' proposed summons, [*see* Doc. 11], (ii) sign them if appropriate, and (iii) forward the signed summons, Plaintiff's completed USM 285 forms, [*see id.*], and copies of

---

[1] The Magistrate Judge advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 10 at 7 n.2]; *see* FED. R. CIV. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

Plaintiff's Complaint, [Doc. 2] to the Marshal's Service. The Marshal's Service **SHALL** effect service on Plaintiff's behalf. 28 U.S.C. § 1915(d); FED. R. CIV. P. 4(c)(3).

      **SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*

**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

2